UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WANDA KNIGHT and LIONEL MCKNIGHT,

    Plaintiffs,

v.

Case No: 6:17-cv-893-Orl-18TBS

QIANG SUN,

    Defendant.

## ORDER

This cause came on for consideration on Plaintiff's Motion to Proceed in Forma Pauperis (Doc. 2), which the Court referred to United States Magistrate Judge Thomas B. Smith for a Report and Recommendation. On June 13, 2017, the Magistrate Judge issued a Report and Recommendation (Doc. 6). Having reviewed the Report and Recommendation (Doc. 6), and there being no timely objections filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 6) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff's Motion to Proceed in Forma Pauperis (Doc. 2) is **DENIED**.

3. The Complaint (Doc. 1) filed in this case is **DISMISSED**.

4. The Clerk of Court is directed to **CLOSE** this case.

**The Clerk of Court is directed to send a copy of this Order to Plaintiff Wanda Knight by regular and certified mail.**

**DONE AND ORDERED** in Orlando, Florida, this _26_ day of July, 2017.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Unrepresented Parties